Corey Jawan ROBINSON,
Plaintiff–Appellant,

v.

Captain T. CLARK; Ms. D. Bailey, Classification; Lieutenant J. Williams; Officer Mosher; Lolita M. Lee; Sherisse D. Birch; Loretta Aiken; Warden Wayne McCabe; IGC B.J. Thomas; Officer J. Middleton; Offficer Jeremy Johnson; Nurse Luanne Mauney; Nurse J. Scott; Ann Hallman; Officer Tabitha Ford; Ms. S. Jones; Major Thierry Nettles; Associate Warden Fred Thompson; William Brightharp; Captain Ann Sheppard, Defendants–Appellees,

and

Sergeant J. Aranda; South Carolina Department of Corrections, Defendants.

No. 13–7019.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Corey Jawan Robinson, Appellant Pro Se. Elloree Ann Ganes, Thomas Happel Scurry, Hood Law Firm, Charleston, South Carolina; Michael Charles Tanner, Michael C. Tanner Law Office, Bamberg, South Carolina, for Appellees.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Jawan Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Clark*, No. 5:12–cv–00502–JMC, 2013 WL 3110003 (D.S.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*